UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MODERN WOODMEN OF
AMERICA,

    Plaintiff,

v.                                    Case No. 3:21cv4069-TKW-HTC

LISA M. STUCKEY, DONALD B.
STUCKEY, and JONATHAN E.
STUCKEY,

    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 26).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the interpleaded funds should be disbursed to Defendant Lisa M. Stuckey and that Plaintiff should be discharged from all further liability related to life insurance certificates described in the complaint.  Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion for Entry of Default Judgment against Donald B. Stuckey and Jonathan E. Stuckey and for Dismissal from this Action (Doc. 25) is **GRANTED**, and

(a) Plaintiff is dismissed from this action and is fully and finally discharged from all further liability as to any and all claims arising out of or relating to the death certificate benefits for Certificate Nos. 8222070 or 8878205, which insured decedent Donald R. Stuckey.

(b) The clerk shall enter a default judgment against Defendants Donald B. Stuckey and Jonathan E. Stuckey foreclosing any claim either Defendant may have to the interpleaded funds deposited into the court registry.

(c) The clerk shall disburse the full amount on deposit in the Court's registry for this action to Defendant Lisa M. Stuckey.

(d) Defendants Lisa M. Stuckey, Donald B. Stuckey, and Jonathan E. Stuckey, their officers, agents, servants, and attorneys and those in active concert or participation with them who receive actual notice of this Order are enjoined from instituting any action or actions in any court against Plaintiff arising out of or relating to any claim or claims with respect to Certificate Nos. 8222070 or 8878205 or on account of the death of Donald R. Stuckey, the insured, and that said injunction issue without bond or surety.

(e) This case is **DISMISSED with prejudice**.

3.   The Clerk shall enter judgment in accordance with this Order under Fed. R. Civ. P. 58 and close the case file.

**DONE and ORDERED** this 18th day of July, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**